# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAXUS ENERGY CORPORATION *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 16-11501 (CSS)<br><br>Jointly Administered |
| MAXUS ENERGY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HONEYWELL INTERNATIONAL INC.,<br><br>Defendant. | Adv. Proc. No. 17-50054 (CSS) |

## STIPULATION OF DISMISSAL

WHEREAS, pursuant to that Order Confirming Amended Chapter 11 Plan of Liquidation Proposed by Maxus Energy Corporation, *et al*., and the Official Committee of Unsecured Creditors Pursuant to Chapter 11 of the Bankruptcy Code dated May 22, 2017 [D.I. 1460] ("**Confirmation Order**"), and Article VI of the Confirmed Plan, the Liquidating Trust succeeded to the interests of Maxus Energy Corporation as plaintiff in this action as of the Effective Date.[2]

NOW, THEREFORE, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, as incorporated in adversary proceedings by Rule 7041 of the Federal Rules of Bankruptcy Procedure, the parties to the above-captioned adversary proceeding (the "**Adversary**

---

[1] The Debtors in the above-captioned Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Maxus Energy Corporation (1531), Tierra Solutions, Inc. (0498), Maxus International Energy Company (7260), Maxus (U.S.) Exploration Company (2439), and Gateway Coal Company (7425). The address of each of the Debtors is 10333 Richmond Avenue, Suite 1050, Houston, Texas 77042.

[2] Capitalized terms not herein defined have the meanings set forth in the Confirmation Order.

**Proceeding**") stipulate and agree that the Adversary Proceeding shall be, and hereby is, dismissed with prejudice, each party to bear its own attorneys' fees and costs.

| | |
|---|---|
| Dated: September 13, 2017 | Respectfully submitted, |
| FARNAN LLP | LECLAIRRYAN |
| /s/ Michael J. Farnan | /s/ Andrew L. Cole |
| Brian E. Farnan (Bar No. 4098) | Andrew L. Cole (Bar No. 5712) |
| Michael J. Farnan (Bar No. 5165) | 800 North King Street, Suite 303 |
| 919 North Market Street, 12th Floor | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 394-6817 |
| (302) 777-0300 | (410) 224-0098 |
| (302) 777-0301 | andrew.cole@leclairryan.com |
| bfarnan@farnanlaw.com | |
| mfarnan@farnanlaw.com | Michael D. Daneker (admitted *pro hac vice*) |
| | Rosa J. Evergreen (admitted *pro hac vice*) |
| Michael J. Small (admitted *pro hac vice*) | Jeremy C. Karpatkin (admitted *pro hac vice*) |
| Gary S. Rovner (admitted *pro hac vice*) | ARNOLD & PORTER KAYE SCHOLER LLP |
| Jay N. Varon (admitted *pro hac vice*) | 601 Massachusetts Ave., NW |
| Foley & Lardner LLP | Washington, D.C. 20001-3743 |
| 321 North Clark Street, Suite 2800 | (202) 942-5000 |
| Chicago, IL 60654-5313 | |
| (312) 832-4500 | *Attorneys for Defendant* |
| msmall@foley.com | |
| grovner@foley.com | |
| jvaron@foley.com | |
| | |
| J. Christopher Shore (admitted *pro hac vice*) | |
| Thomas MacWright (admitted *pro hac vice*) | |
| WHITE & CASE LLP | |
| 1155 Avenue of the Americas | |
| New York, NY 10036-2787 | |
| (212) 819-8200 | |
| cshore@whitecase.com | |
| tmacwright@whitecase.com | |
| | |
| *Attorneys for the Liquidating Trust* | |